IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID RUNYAN | : | Case No.: C-1-01-414 |
| Plaintiff | : | (Judge Spiegel) |
| -vs- | : | **MOTION OF DEFENDANTS FOR ADDITIONAL TIME TO RESPOND** |
| HAROLD GABBARD, et al | : | **TO PLAINTIFF'S MOTION FOR INTEREST** |
| Defendants | : | |

::: ::: :::

Now come the defendants, by and through counsel, and hereby move the Court for an additional fourteen (14) days in which to file its memorandum in opposition to plaintiff's motion to reopen case. A memorandum is presented herewith.

s/ Jack C. McGowan
Jack C. McGowan  Bar Number: 0005619
McGOWAN & JACOBS, LLC
Attorney for Defendants
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax(513)868-1190
E-mail: JCM@jcmcgowan.com

**MEMORANDUM**

In support of its motion for an extension of time and pursuant to Federal Rule of Civil Procedure 6(B), counsel for defendants states that plaintiff's counsel and defendants' counsel are discussing a resolution of the motion and an additional fourteen (14) days is needed to fully explore whether the motion can be

amicably dealt with or whether a hearing is necessary.

No previous extensions have been requested. Further, counsel for defendant states that this motion is not being made for the purposes of delay.

        s/ Jack C. McGowan
        Jack C. McGowan  Bar Number: 0005619
        McGOWAN & JACOBS, LLC
        Attorney for Defendants
        246 High Street
        Hamilton, Ohio 45011
        (513)844-2000/Fax(513)868-1190
        E-mail: JCM@jcmcgowan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert B. Newman, Esq., Suite 1401, 617 Vine Street, Cincinnati, Ohio 45202 and Stephen R. Felson, Esq., Suite 1401, 617 Vine Street, Cincinnati, Ohio 45202.

        s/ Jack C. McGowan
        Jack C. McGowan  Bar Number: 0005619
        McGOWAN & JACOBS, LLC
        Attorney for Defendants
        246 High Street
        Hamilton, Ohio 45011
        (513)844-2000/Fax(513)868-1190
        E-mail: JCM@jcmcgowan.com