UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID RUNYAN | : | Case No. 1:01-cv-00414 |
| Plaintiff, | : | (Judge Spiegel) |
| v. | : | |
| HAROLD DON GABBARD, *et al.*, | : | |
| Defendants. | : | |

**CONSENT JUDGMENT CONCERNING INTEREST
ON PAYMENTS TO CLASS MEMBERS**

On November 21, 2003, Plaintiff filed a Motion to Reopen Settlement (doc. 40), in which he pointed out that interest had not been paid to Class Members as required by the Court's Order (doc. 37, p. 7). Defendants now concur with this assessment, and the parties have agreed that, rather than attempt to calculate the small amounts of interest due to Class Members and to mail those amounts out at considerable cost, a reasonable solution would be for Defendants to contribute the amount of $5,000 to the Legal Aid Society of Greater Cincinnati, 215 East Ninth Street, Cincinnati, Ohio, 45202, Attention Mary Asbury, Director. This Court being in agreement with the practical solution reached by the parties, it is approved and will be entered onto the record in this Consent Judgment.

SO ORDERED.

s/S. Arthur Spiegel
S. Arthur Spiegel, District Judge

01-414consent.wpd                                   1

Runyan v. Gabbard
Consent Judgment
02/05/04, Page 2

*Stephen R. Felson*
Stephen R. Felson
COUNSEL FOR PLAINTIFF

*Jack C. McGowan*
Jack C. McGowan
COUNSEL FOR DEFENDANTS
(per telephone authorization 2/4/04)